## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

PAMELA BLAIR,                              :   Case No. 3:16-cv-140
                                           :
        Plaintiff,                         :   District Judge Walter H. Rice
                                           :   Chief Magistrate Judge Sharon L. Ovington
vs.                                        :
                                           :
CAROLYN W. COLVIN,                         :
COMMISSIONER OF SOCIAL                     :
SECURITY,                                  :
                                           :
        Defendant.                         :

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion

for Entry of Judgment with Remand under Sentence Four, 42 U.S.C. § 405(g). (Doc.

#12). The parties stipulate and petition this Court to order remand of this case for further

administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to

enter judgment pursuant to Federal Rule of Civil Procedure 58. Upon remand, the

Appeals Council will vacate all findings in the Administrative Law Judge's decision.

The Commissioner will conduct further proceedings and develop the administrative

record as necessary to determine whether Plaintiff is disabled within the meaning of the

Social Security Act, and then issue a new decision.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion for Entry of Judgment with Remand under Sentence
   Four, 42 U.S.C. § 405(g) (Doc. #12) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed.
   R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Joint Motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:   12-29-16

Walter H. Rice
United States District Judge