## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

PAMELA BLAIR,                                    : Case No. 3:16-cv-140
                                                 :
            Plaintiff,                           : District Judge Walter H. Rice
                                                 : Magistrate Judge Sharon L. Ovington
vs.                                              :
                                                 :
COMMISSIONER OF THE SOCIAL    :
SECURITY ADMINISTRATION,      :
                                                 :
            Defendant.                           :

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion for Allowance of Attorney

Fees (Doc. #17). The Commissioner does not oppose this Motion. (Doc. #18).

The Motion seeks an award of attorney fees under 42 U.S.C. § 406(b)(1) in the

total amount of $9,040.00. In the absence of opposition by the Commissioner, the

Motion and supporting Exhibits establish that an award of attorney fees is reasonable and

warranted under 42 U.S.C. § 406(b)(1) in the amount the Motion seeks.

In addition, the Court previously accepted the parties' stipulation to an award of

$3,600 in attorney fees to Plaintiff's counsel under the Equal Access to Justice Act

(EAJA). (Doc. #s 15, 16). The EAJA award, however, was subject to offset in the

amount of any debt Plaintiff owed the Government. *See* Doc. #16. The current record

does not indicate whether or not Plaintiff's counsel actually received any of the EAJA

award because of the potential offset. Counsel may not recover attorney fees under both

the EAJA and 42 U.S.C. § 406(b) for the same work. Plaintiff's counsel must therefore return to Plaintiff the amount of EAJA fees, if any, he has actually received. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

### IT IS THEREFORE ORDERED THAT:

1. The Motion for Allowance of Attorney Fees filed by Plaintiff's attorney (Doc. #17) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $9,040.00;

3. Plaintiff's counsel shall refund to Plaintiff the amount of attorney fees, if any, he has actually received under the Equal Access to Justice Act (Doc. #16); and

4. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 6-27-19

Walter H. Rice
United States District Judge